**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Anthony Richards
PLAINTIFF

CA 08-28 ML

Vs.

C.A. NO.: 2008-136

Viola and Sons Fishing, LLC.

**FIRST COMPLAINT**

1. Plaintiff, Anthony Richards, is a seaman and a citizen of the State of Rhode Island, and was, at all times hereinafter referred to, a member of the crew of the F/V Huntress, a commercial fishing vessel.

2. Defendant, Viola and Sons Fishing, LLC is a corporation organized under the laws of the State of Maine, on information and behalf of regularly doing business in this state, and at all times hereinafter referred to, it owned, controlled and operated the F/V Maria Katherine, a commercial fishing vessel and employed Plaintiff, Anthony Richards.

3. The F/V Maria Katherine weighs more than 20 Gross tons and commenced every fishing voyage relative to this complaint from a Port of the United States of America.

**JURISDICTION**

4. Jurisdiction lies under the Merchant Marine Act of 1920, more commonly known as The Jones Act 46 U.S.C. 688 as supplemented by the Federal Employee's Liability Act 45 U.S.C. 51, 46 U.S.C 10601, and 46 U.S.C. 11107, the General Maritime Law of the

United States of America, as well as under 28 U.S.C. 1331 and 1333.

**COUNT I**
(MAINTENANCE AND CURE)
(As To Defendant, Viola and Sons Fishing, LLC)

5. On or about 6 January 2008 the Plaintiff, Anthony Richards, was in the employ of the Defendant, Viola and Sons Fishing, LLC, as a seaman aboard the F/V Maria Katherine and suffered a serious personal injury.

6. There was no charter in effect between the Defendant, Viola and Sons Fishing, LLC, and any third party on or about 6 January 2008.

7. Plaintiff, Anthony Richards, was in the service of the F/V Maria Katherine, and was in the exercise of due care in the performance of his seaman's duties at the time he was injured.

8. As a result of said injuries, Plaintiff, Anthony Richards, is unable to engage in work as a crewmember on a fishing vessel, which is his usual occupation.

9. Plaintiff, Anthony Richards, is entitled to be paid actual expenditures for food and housing as well as unearned wages to the end of the fishing season.

10. Plaintiff, Anthony Richards, has made demand for maintenance and cure and unearned wages to the end of the fishing season.

11. Defendant has been asked but has downright refused to pay a penny in maintenance or cure.

12. There is no collective bargaining agreement setting a rate of maintenance.

13. The injury Plaintiff, Anthony Richards, now complains of occurred and manifested while he was in the service of the F/V Maria Katherine.

14. Defendant, Viola and Sons Fishing, LLC, is callous and indifferent to its obligation to pay a fair rate of maintenance and cure and unearned wages to the end of the fishing season.

WHEREFORE, the Plaintiff, Anthony Richards, demands judgment against the Defendant, Viola and Sons Fishing, LLC, for daily living expenses (food and lodging) sufficient to maintain himself in a manner comparable to that which he had aboard the F/V Maria Katherine, the total cost of all medical expenses incurred by the Plaintiff, Anthony Richards, as a result of the aforesaid injuries, wages to the end of the fishing season, plus interest, plus costs, plus punitive damages, plus attorney's fees.

**Count II**

(JONES ACT 46 U.S.C. 688)
(As To Defendant, Viola and Sons Fishing, LLC)

15. The Plaintiff repeats and re-alleges all of the allegations set forth above in paragraphs 1

through 14.

16. The injuries sustained by the Plaintiff, Anthony Richards, were not caused by any fault on his part, but rather by the negligence of the Defendant, Viola and Sons Fishing, LLC, its agents or servants, which was a contributing cause of the Plaintiff's injuries, as follows:

(A) The injuries sustained by the Plaintiff, Anthony Richards, were caused by the unseaworthiness of the F/V Maria Katherine, including, the owners failure to use ordinary care in this hauling and setting of the dredge.

(B) Failure to use due care to provide and maintain a seaworthy vessel.

(C) Failure and negligence in other respects that will be shown at trial.

17. As a result of said injuries, the Plaintiff, Anthony Richards, has suffered loss of past, present and future earning capacity, medical expenses, pain and suffering, mental anguish, loss of the enjoyment of life and other damages.

WHEREFORE, the Plaintiff, Anthony Richards, demands judgment against the Defendant, Viola and Sons Fishing, LLC, for compensatory damages in an amount of one million dollars ($1,000, 000.00) together with taxable costs.

**Count III**

(BREACH OF WARRANTY OF SEAWORTHINESS)
(As To Defendant, Viola and Sons Fishing, LLC)

18. The Plaintiff, Anthony Richards, repeats and re-alleges all of the allegations set forth above in paragraphs 1 through 17.

19. The injuries sustained by the Plaintiff, Anthony Richards, were caused by the unseaworthiness of the F/V Maria Katherine, including a crew that was unfit for the task or hauling and setting the dredge.

20. As a result of said injuries, the Plaintiff, Anthony Richards, was knocked overboard and sustained serious injuries to both upper extremities and his torso. He has suffered loss of past, present and future earning capacity, medical expenses, pain and suffering, mental anguish, loss of the enjoyment of life and other damages.

WHEREFORE, the Plaintiff, Anthony Richards, demands judgment against the Defendant, Viola and Sons Fishing, LLC, for compensatory damages in an amount of one million dollars ($1,000, 000.00) together with taxable costs and prejudgment interest.

Dated: 18 January 2008

Respectfully submitted
Plaintiff, Anthony Richards
By his Attorney,

Merlyn O'Keefe
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850 Phone
(401) 789-1757 Fax
Ct. Reg. #2439

Plaintiff Anthony Richards demands trial by Jury as to all counts and designates Merlyn P. O'Keefe, Esquire as trial counsel.