## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maria Viola, Registered Agent
Viola + Sons Fisheries, Inc
44 Stillman Street
S. Portland, Maine
04106

## *COMPLETE THIS SECTION ON DELIVERY*

A. Received by *(Please Print Clearly)*

B. Date of Delivery 1-26-05

C. Signature

X Maria Viola ☒ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

7007 1490 0001 5782 6926

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

RICHARDS v. VIOLA + SONS 2008-28ML