AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): I served a copy of the summons and complaint upon Maria Viola, the registered agent for Defendant at 44 Stillman ~~Avenue~~ Street, S. Portland, Maine 04106 by registered mail, return receipt requested 7007 1490 0001 5782 6926 which was delivered 1-26-08

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-13-08 — Merlyn O'Keefe

Date — Signature of Server

238 Robinson St, Wakefield, RI

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Anthony RIchards

V.

Viola and Sons Fishing, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2008- 28 ML

TO: (Name and address of Defendant)

Viola and Sons Fishing, LLC
44 Stillman Street
S.Portland, Maine 04106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Merlyn O'Keefe, Esq.
Merlyn P. O'Keefe, LLC
238 Robinson Street
Wakefield, Rhode Island 02879

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

January 2008 1/22/08

DATE

(signature)

(By) DEPUTY CLERK