MKD:tsp 7149/1 \pleading\71491Answer

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANTHONY RICHARDS | : | |
| | : | |
| vs. | : | C.A. No. 2008-28ML |
| | : | |
| VIOLA AND SONS FISHING, LLC | : | |

**ANSWER**

1. Defendant presumes plaintiff is referring to the F/V Maria Katherine, and not the F/V Huntress. Denied that plaintiff was a member of the crew of the Maria Katherine at all times referred to in the complaint. Admitted that he was a member of the crew from time to time.

2. Admitted that defendant, Viola & Sons Fishing, LLC, is organized under the laws of the State of Maine, does business in the State of Rhode Island, and owns and operates the F/V Maria Katherine. Denied as to the remainder of the allegations.

3. Admitted.

4. Defendant is without sufficient information to determine the veracity of the allegation, and therefore leaves plaintiff to his proof.

**COUNT I**

5. Denied.

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Admitted.

13. Denied.

14. Denied.

WHEREFORE, defendant demands judgment against plaintiff, in addition to interest, costs, and attorneys fees.

**COUNT II**

15. Defendant repeats and realleges its responses to all prior allegations as if set forth herein.

16. Denied.

17. Denied.

WHEREFORE, defendant demands judgment against plaintiff, in addition to interest, costs, and attorneys fees.

**COUNT III**

18. Defendant repeats and realleges its responses to all prior allegations as if set forth herein.

19. Denied.

20. Denied.

WHEREFORE, defendant demands judgment against plaintiff, in addition to interest, costs, and attorneys fees.

**AFFIRMATIVE DEFENSES**

1. Defendant affirmatively pleads that plaintiff's injuries, if any, were caused solely by the plaintiff's own negligence.

2. Defendant affirmatively pleads that plaintiff's injuries, if any, were caused by the negligent acts of persons or entities for which this defendant is not liable.

3. Defendant affirmatively pleads that plaintiff's injuries, if any, were caused, at least in part, by his own negligence. Therefore plaintiff's damages, if any, should be reduced by the percentage of negligence attributable to the plaintiff.

4. Defendant affirmatively pleads set off and counterclaim.

5. Defendant affirmatively pleads plaintiff's injuries were caused, in whole or in part, by his own failure to act as a reasonably prudent seaman under the same circumstances.

6. Defendant affirmatively pleads the defense of assumption of the risk.

7. Defendant affirmatively pleads that the plaintiff failed to observe and employ a safe, alternative practice, thus, contributing to his own injury.

8. Defendant affirmatively pleads that if the injuries alleged were sustained, the plaintiff has not provided documentary medical proof of said injuries, or that the plaintiff's alleged medical treatment was not reimbursed or reimbursable, and has not provided invoices or bills reflecting the medical care.

9. Defendant affirmatively pleads that plaintiff's own negligence constituted the intervening, superceding cause of his injuries, if any, cutting off any causal relation between plaintiff's injuries and defendant's alleged negligence and/or the vessels alleged unseaworthy condition.

10. Defendant affirmatively pleads that plaintiff's injuries pre-existed any injury he allegedly received on defendant's vessel.

11. Defendant affirmatively pleads that plaintiff has failed to provide evidence of expenditures entitling him to maintenance and cure.

12. Defendant affirmatively pleads that if the plaintiff was injured as alleged, after such injury occurred, the plaintiff had been found fit for duty, and the defendant owes no further duty to maintenance and/or care to the plaintiff.

Defendant, Viola and Sons Fishing, LLC, hereby demands a trial by jury.

DEFENDANT,
By its Attorney,

/s/ Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on February 15, 2008 to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

/s/Martin K. DeMagistris, Esq.