**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Anthony Richards
PLAINTIFF

vs. C.A. NO.: 08-28ML

Viola and Sons Fishing, LLC
DEFENDANTS

**NOTICE OF DEPOSITION**

DEPONENT: Gordon Viola

DATE: 14 April 2008

TIME: 11:00 AM

Please take notice that pursuant to FRCP 26,the undersigned will take the deposition of the above named individual for the purpose of discovery or for use as evidence, or both which will continue from day to day, until completed, the same to commence on the date and the time above stated at the office of Merlyn O'Keefe, LLC.238 Robinson Street, Wakefield, R.I. 02879,before a notary public commissioned in the State of Rhode Island.

Respectfully submitted

Plaintiff Anthony Richards by
His Attorney,

Merlyn P. O'Keefe, Esquire
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850 Phone
(401) 789-1757 Fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that on 20 March 2008, I mailed a copy of this notice to Martin DeMagistris, Esquire, 530 Greenwich Avenue, Warwick Rhode Island, 02886.