MKD:jmr:mes 7149/1 \pleading\71491MotionToSubmit

UNITED STATES COURT FOR THE
DISTRICT OF RHODE ISLAND

ANTHONY RICHARDS :
:
vs. : C.A. No. 2008-28ML
:
VIOLA AND SONS FISHING, LLC :

**DEFENDANT'S MOTION TO SUBMIT**
**RULE 16 CONFERENCE STATEMENT OUT OF TIME**

Now comes defendant in the above-entitled action and hereby moves this Honorable Court to grant it leave to file the attached Rule 16 Conference Statement late and out of time. The deadline for filing said statement was Friday, March 24, 2008, one week prior to the Rule 16 Conference currently scheduled for Friday, March 28, 2008. Defendant relies in the attached memorandum of law in support of this motion.

Respectfully Submitted,
DEFENDANT,
By its Attorney,

/s/ Martin K. DeMagistris, Esq.
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court

on this 27th day of March, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

/s/ Martin K. DeMagistris, Esq.

MKD:jmr:mes 7149/1 \pleading\71491Motion

UNITED STATES COURT FOR THE
DISTRICT OF RHODE ISLAND

ANTHONY RICHARDS :
:
vs. : C.A. No. 2008-28ML
:
VIOLA AND SONS FISHING, LLC :

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO SUBMIT RULE 16 CONFERENCE STATEMENT OUT OF TIME**

As set forth in the proposed Rule 16 Conference Statement, defendant will move to amend its answer to plaintiff's complaint to include a counterclaim against plaintiff for property damage. In the summer of 2007, the F/V Maria Katherine received significant hull damage as a result of being grounded due to plaintiff's negligence. Defendant's counsel's delay in submitting this issue to the Court is a result of having been notified of the event fairly recently. In the discretion of this Court, defendant requests the proposed Rule 16 Conference Statement be accepted by the Court out of time.

Respectfully Submitted,
DEFENDANT,
By its Attorney,

/s/ Martin K. DeMagistris, Esq.
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 27th day of March, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

/s/ Martin K. DeMagistris, Esq.