MKD:jmr:mes 7149/1 \pleading\71491ConferenceStmt

UNITED STATES COURT FOR THE
DISTRICT OF RHODE ISLAND

ANTHONY RICHARDS :
:
vs. : C.A. No. 2008-28ML
:
VIOLA AND SONS FISHING, LLC :

**DEFENDANT'S PROPOSED**
**RULE 16 CONFERENCE STATEMENT**

Just after the plaintiff, Anthony Richards, started working on the vessel, in the summer of 2007, he was holding wheel watch while the vessel was steaming in from the Scallop beds near the Georges Bank. While Captain Viola and a third crewman slept, the boat ran aground just off the shore of Martha's Vineyard. The boat was at least three miles off course despite the assistance of a global positioning system and a three mile wide "corridor" within which vessels steam out and back in from fishing grounds.

Captain Viola radioed to another vessel in the area that it was in distress and was eventually freed. Preliminary estimates indicate that the damage to the boat would cost approximately $15,000 to repair. Defendant will move to amend its answer to plaintiff's complaint to include a counterclaim for Richards' negligent operation and navigation of the vessel and the resulting damage. There is case law directly on point which supports the availability of this cause of action. *Withhart v. Otto's Candies, LLC*, 431 F.3d 840 (5th Cir. 2005).

The discovery needed for the counterclaim will be relatively minimal. A limited number of interrogatories and production of documents and perhaps the deposition of the second crewman on the vessel will be necessary.

DEFENDANT,
By its Attorney,

/s/ Martin K. DeMagistris, Esq.
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 27th day of March, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

/s/ Martin K. DeMagistris, Esq.