UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Anthony W. Richards
Plaintiff,

Vs.

Viola and Sons Fishing,LLC C.A. NO.: 2008-28ML
Defendant

MEMORANDUM OF POINTS AND AUTHOEITIES IN SUPPORT
OF MOTION TO WITHDRAW OF PLAINTIFF'S COUNSEL

Undersigned counsel, Merlyn P.O'Keefe, was retained by Plaintiff Anthony W.Richards to pursue a personal injury claim for injuries sustained aboard Defendant's vessel in the first week of January 2008,and filed suit and effected service that same by 29 January 2008. Suit was filed so promptly based on plaintiff Richard's representations that Defendant told him the vessel was uninsured and it would not pay his medical bills which already totaled close to twenty thousand dollars.

In the memorandum, Plaintiff Richards' filed with The Court for the Rule 16 conference, Plaintiff asked the Court for a significant step-up of its usual short deadlines.The Court was good enough to put the case on a true rocket docket and a mediation was scheduled before Magistrate Judge Lovegreen for 30 April 2008. and other deadlines were scheduled every bit as promptly.

As undersigned counsel continued to gather medicals, forwarding them to Defense Counsel as received, drafting answers to Defendant's interrogatories and requests for production, reaching an agreed upon date for the deposition of Gordon Viola, the principal of the owner and captain and only other person aboard at the time of the injuries and otherwise starting trial preparation, undersigned counsel on 14 April 2008 received a call from Attorney Thomas Bond of the Kaplan/Bond Group, a Massachusetts law firm of which David Kaplan, a well known admiralty

attorney is the other principal, advising him that he had been fired. This was followed up by a typed letter signed by Plaintiff Richards to the same effect. To this day,undersigned counsel does not know what caused this turn of events nor does he know who of Mr.Richards or the Kaplan/Bond Group initiated the contact leading to the switch in counsel

In that one conservation with Attorney Bond he has ever had, as the Court would expect, undersigned counsel agreed to cooperate in the transition but insisted on Attorney Bond filing an appearance or hiring someone to do so. Undersigned counsel had hoped it would not come to this point and that he would have been out of the case prior to the originally scheduled Mediation. Undersigned counsel was prepared, or at least preparing to advance his client's cause in,that scheduled mediation but was continued at the oral request of defense counsel to which undersigned counsel did not object. As matters stand, Plaintiff has two lawyers--one who isn't admitted to practice in this Court and is apparently looking for a quick settlement to obviate the problem any non-member of this Court's has in entering an appearance, i.e retaining a member of the bar to sponsor his pro hac vice application or to prosecute the complaint as the stand alone attorney.The other attorney, undersigned counsel, is relegated to waiting for the other shoe to drop. Calls to Attorney Bond and Plaintiff stand unanswered and undersigned counsel is left unable to answer the overdue discovery or prepare for the Mediation and Trial and is otherwise smack up against filing dates for pre-trial memoranda and motions that are due in May.

By virtue of Mr.Richards' and Attorney Bond's refusal to communicate, there is no way undersigned counsel can assist the Court or Mr. Richards going forward. The role he is relegated to leaves him in one of two spots: either Attorney Bond successfully settles the case before the other shoe drops and directs undersigned counsel to file a settlement stipulation of a case he knows next to nothing about or, Attorney Bond is unsuccessful in settling the case which undersigned

counsel will be responsible to try with disastrous results guaranteed. Neither scenario serves the interests of justice the Court,the plaintiff or undersigned counsel. Accordingly, undersigned counsel prays that his motion to withdraw be granted.

Respectfully Submitted,

/s/ Merlyn P. O'Keefe
Merlyn P. O'Keefe Esq. #2439
238 Robinson Street
Wakefield, RI, 02892
(401)789-4850 (p) 789-1757 (f)
silveroar@gmail.com

CERTIFICATION

I hereby Certify that on 26 April 2008, I electronically filed this Memorandum with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Martin DeMagistris,Esquire and that I have mailed a copy to Thomas Bond,Esquire by regular mail and to Anthony W. Richards by registered mail return receipt requested on 28 April 2008.

/s/ Merlyn P. O'Keefe