UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Anthony W. Richards
Plaintiff,

Vs.

Viola and Sons Fishing, LLC C.A. NO.: 2008-28ML
Defendant

MOTION TO WITHDRAW OF PLAINTIFF RICHARDS' COUNSEL

Comes now your undersigned counsel to Plaintiff Richards,Merlyn P.O'Keefe, and moves this Honorable Court for leave to withdraw his entry of appearance for Mr. Richards.

As grounds for this motion,undersigned counsel would rely on the attached memorandum of points and authorities.

Respectfully Submitted,

_/s/Merlyn P. O'Keefe
Merlyn O'Keefe, Esq. # 2439
238 Robinson Street
Wakefield, RI, 02892
(401)789-4850 (p) 789-1757 (f)
silveroar@gmail.com

CERTIFICATION

I hereby Certify that on 26 April 2008, I electronically filed the Motion To Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Martin DeMagistris, Esquire, and that I have mailed a copy to Thomas Bond, Esquire by regular mail and to Anthony W. Richards by registered mail return receipt requested on 28 April 2008.

/s/ Merlyn P. O'Keefe