Document 14: "Affidavit of Thomas M. Bond, Submitted in Response to Plaintiff's Motion to Withdraw" has been removed from the docket pursuant to the Court's Order dated June 3, 2008, striking Document 14 upon oral motion of Attorney Merlyn O'Keefe on June 2, 2008.