MKD:mes 7149/1 \pleading\71491MWithdraw.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY RICHARDS | : | |
| | : | |
| VS. | : | C.A. No. 2008-28ML |
| | : | |
| VIOLA AND SONS FISHING, LLC | : | |

**MOTION TO WITHDRAW AS ATTORNEY FOR VIOLA AND SONS FISHING, LLC**

Now comes the undersigned counsel to defendant, Viola and Sons Fishing, LLC, and hereby moves to withdraw himself and the firm of Olenn & Penza LLP as counsel for defendant. Undersigned counsel relies on the attached memorandum of law in support of the motion.

Respectfully submitted,

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 2nd day of May, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

I hereby certify that a copy of the within was mailed on May 2, 2008 to:

Gordon Viola
44 Stillman Street
S. Portland, ME 04106

David B. Kaplan, Esq.
THE KAPLAN / BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

/s/ Martin K. DeMagistris

MKD:mes 7149/1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY RICHARDS | : | |
| | : | |
| VS. | : | C.A. No. 2008-28ML |
| | : | |
| VIOLA AND SONS FISHING, LLC | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENSE COUNSEL'S MOTION TO WITHDRAW**

The relationship between Gordon Viola, defendant's principal, and undersigned counsel has completely and irreparably broken down. Over the course of the last six to eight weeks, communications between counsel and Mr. Viola have grown progressively unproductive and discordant. There is no possibility that either undersigned counsel or the firm of Olenn & Penza LLP can effectively represent the defendant in this matter. Further, it is undersigned counsel's firm belief that his further representation of the defendant will only hinder any potential resolution of this matter.

Based on the foregoing, undersigned counsel requests this Court grant his motion to withdraw as defendant's counsel, both for himself and Olenn & Penza LLP.

Respectfully submitted,

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 2nd day of May, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

I hereby certify that a copy of the within was mailed on May 2, 2008 to:

Gordon Viola
44 Stillman Street
S. Portland, ME 04106

David B. Kaplan, Esq.
THE KAPLAN / BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

/s/ Martin K. DeMagistris