MKD:tsp 7149/1 \pleading\71491Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY RICHARDS | : | |
| | : | |
| VS. | : | C.A. No. 2008-28ML |
| | : | |
| VIOLA AND SONS FISHING, LLC | : | |

**ORDER**

On Monday, June 2, 2008, plaintiff's and defendant's counsels' motions to withdraw as attorney for the respective parties was scheduled for hearing. Plaintiff's counsel's oral motion to strike the affidavit filed by Thomas M. Bond, Esq. was also heard. After hearing on all motions, it is hereby:

**ORDERED**

1) Plaintiff's counsel's motion to withdraw is GRANTED.

2) Defendant's counsel's motion to withdraw is GRANTED.

3) Plaintiff must retain a new attorney or, if he chooses, represent himself in order to proceed with this action. In either case, an entry of appearance must be filed with the court on or before July 2, 2008. Should plaintiff fail to do either by that date, the action will be dismissed.

4) Defendant shall retain new counsel who shall enter his/her appearance on or before July 2, 2008.

5) Plaintiff's counsel's oral motion to strike the affidavit of Attorney Thomas M. Bond, Esq., filed in response to plaintiff's attorney's motion to withdraw, is hereby GRANTED.

ENTER: BY ORDER:

Mary M. Lisi
JUDGE June 3, 2008

CLERK