AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

Anthony Richards
v.
Viola-Sow Fishing

## APPEARANCE

CASE NUMBER: 2008-28

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Anthony Richards (PRO SE)

7.2.2008
Date

Signature

Anthony W. Richards
Print Name

35 Wampum Rd.
Address

Narragansett RI. 02882
City State Zip Code

(401) 783-0475
Phone Number