U.S. District Court

District of Rhode Island

Civil Case #1:08-cv-00028-ML-DLM

Anthony W. Richards

-Plaintiff-

V.

Viola & Sons Fishing LLC.

-Defendant-

## Motion for Default

The court ordered defendant to get an attorney. Defendant has not gotten Attorney or responded in any way. Therefore I request defendant to be defaulted.

Anthony W. Richards August 12, 2008

Anthony W. Richards

P.S. I have sent a copy of this document to the defendant.