**Viola & Sons Fishing LLC**
44 Stillman Street
South Portland, ME 04106
207-799-7842
mviola7125@aol.com

September 4, 2008

US District Court
District of Rhode Island
Fax #401-752-7247

Civil Case # 1:08-cv-00028-ML-DLM

In the case Anthony Richards (Plaintiff) Versus Viola & Sons Fishing LLC (Defendant) The Company is no longer functioning as a business it is gone. I have been contacted on several occasions by Attorney Kaplan & Bond for Mr. Richards's behalf to relinquish my permits to him for payment; they have also contacted NMFS to check on my permits (Which are no longer existing). I do not under stand how Mr. Richards keeps bringing this to court by representing himself when Kaplan is the person who keeps contacting me.

I am writing this letter myself because the business has no money left and Steve Ouellette was trying to find a Lawyer from Rhode Island to represent me, but has not been able to obtain one that will represent me with out money up front which the company does not have any left.

We did pay the only medical bill that was furnished to us when the business was functioning as a corporation.

<u>Motion to Deny</u>

I request the court to deny the motion against Viola & Sons Fishing LLC

Sincerely, Gordon Viola

Gordon Viola