Resp attached



**U.S. District Court**

**District of Rhode Island**

**Civil Case #1:08-cv-00028-ML-DLM**

**Anthony W. Richards**

**-Plaintiff-**

**V.**

**Viola & Sons Fishing LLC.**

**-Defendant-**

## Motion for Default

**The court ordered defendant to get an attorney. Defendant has not gotten Attorney or responded in any way. Therefore I request defendant to be defaulted.**

**Anthony W. Richards August 12, 2008**

Anthony W. Richards

Denied.
Mary M. Lisi
USDJ
9/8/08

**P.S. I have sent a copy of this document to the defendant.**